Order

NR17P00621

# IN THE HIGH COURT OF JUSTICE
# FAMILY DIVISION

BEFORE The Honourable Mr. Justice Cobb, sitting at the Royal Courts of Justice, Strand, London WC2A 2LL on the 28th July 2017

ON TRANSFER FROM THE FAMILY COURT IN NORWICH
IN THE MATTER OF THE SENIOR COURTS ACT 1981
AND IN THE MATTER OF D▓▓▓▓ M▓▓▓▓▓▓ S▓▓▓▓ (▓▓▓▓▓▓▓) [15 years]

B E T W E E N :

DAVID NEIL SMITH

-and-

VICKIE MICHELLE SMITH

On hearing Mr Paul Hollow, Counsel, for the Applicant Father.

And on there being no attendance by, or representation of, the Respondent Mother

And on the court not being satisfied that the Respondent mother has in fact received formal notice of this hearing.

And upon the Court being advised by Counsel that the Applicant father has completed the necessary forms for submission to the Central Authority of UK to initiate an application in the United States of America for a return of the child D▓▓▓▓ MA▓▓▓▓▓▓ S▓▓▓▓ (▓▓▓▓▓▓▓) to this jurisdiction pursuant to the provisions of the <u>Convention on the Civil Aspects of International Child Abduction 1980</u> ("Hague Convention 1980").

And on the Court observing that, on the basis of the evidence available to it at this time, it appears that the child D▓▓▓▓ M▓▓▓▓▓▓ S▓▓▓▓ (▓▓▓▓▓▓▓) ("D▓▓") was at all material times, and is, habitually resident in England and Wales.

Please address all communications for the Court to The Family Division of the High Court, 1st Mezzanine, Queen's Building, Royal Courts of Justice, Strand, London WC2A 2LL quoting the case number in the top right hand corner of this form. The Court Office is open between 10.00 a.m. and 4.30 p.m. on Mondays to Fridays.

And upon the Court noting:

    a. That on 12 October 2016 (DJ Reeves), the Respondent mother's application for permission to remove D▇ and his brother permanently from this jurisdiction to reside in the USA was withdrawn by her and formally dismissed by the court;

    b. That on 30 March 2017 (DJ McLoughlin) the Respondent mother assured the Court (through her instructed solicitor) that she would not remove the children (or either of them) from the jurisdiction without the agreement of the Applicant father, such assurance being recorded on the face of the order;

    c. That it appears on the basis of the information available to the court at this hearing that the Respondent mother is in breach of various Child Arrangements Orders made on 12 October 2016 and 30 March 2017 in respect of D▇ in favour of the Applicant father;

    d. That it appears on the basis of the information available to the court at this hearing that the removal of D▇ from the jurisdiction of England and Wales, and his retention outside the jurisdiction is wrongful within the meaning of Article 3 of the Hague Convention 1980.

**IT IS ORDERED THAT:**

1. There be liberty to the Applicant father to restore his application for further directions or for a final order for summary return on notice to the Respondent mother.

2. The costs of the application be reserved.

Dated: 28th July 2017



DP

Please address all communications for the Court to The Family Division of the High Court, 1st Mezzanine, Queen's Building, Royal Courts of Justice, Strand, London WC2A 2LL quoting the case number in the top right hand corner of this form. The Court Office is open between 10.00 a.m. and 4.30 p.m. on Mondays to Fridays.