MOTIONS, OBJECTIONS, ETC.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Date: 12/14/2017
Judge B. Lynn Winmill                    Deputy Clerk: Jamie Bracke
Case No. 12/14/2017                      Reporter: Sherry Graham
Place: Boise                             Time: 10:00 - 10:06 a.m.

DAVID NEIL SMITH v. VICKIE MICHELLE SMITH

Counsel for Plaintiff: Alexandra Grande and Murray Feldman

Counsel for Defendant: Vickie Smith (Pro Se)


The parties stipulated that minor child D.M.S. shall not be removed from the District of Idaho, pending a determination on the merits of the Petition.

A hearing on the merits of the Petition is scheduled for January 29, 2018 at 9:00 a.m. in Boise, Idaho, before Judge B. Lynn Winmill.

An Order is forthcoming.