IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID NEIL SMITH, Mundford, Norfolk, England, United Kingdom,<br><br>        Plaintiff-Petitioner,<br><br>v.<br><br>VICKIE MICHELLE SMITH, Caldwell, Idaho, United States of America,<br><br>        Defendant-Respondent. | Case No. 1:17-CV-489-BLW<br><br>**ORDER** |

Pursuant to agreement reached in Court on December 14, 2017 between the parties,

NOW THEREFORE IT IS HEREBY ORDERED, that defendant's counsel, when retained, shall immediately file a Notice of Appearance and contact opposing counsel and the Court's Law Clerk (Dave Metcalf at dave_metcalf@id.uscourts.gov) to set up a telephone conference to discuss a briefing schedule in preparation for the Bench Trial scheduled below.

IT IS FURTHER ORDERED, that a Bench Trial shall be held before the Court sitting without a jury on January 29, 2018, at 9:00 a.m. in the Federal Courthouse in Boise Idaho, to resolve the allegations made in the complaint filed by plaintiff. The Court will give each side 1 hour and 20 minutes to put on their case.

IT IS FURTHER ORDERED, the terms of the temporary restraining order (docket no. 4) are converted into a preliminary injunction and shall remain in full force and effect

until the Court renders a decision on the merits of this case following the Bench Trial on January 29, 2018.

IT IS FURTHER ORDERED, that the defendant continues to be enjoined from removing the minor child, D.M.S., from the jurisdiction of this Court – that is, from Idaho – pending a resolution by the Court of the issues to be tried in the Bench Trial on January 29, 2018. Violation of this order could subject the defendant to penalties including contempt of court.

DATED: December 14, 2017

B. Lynn Winmill
Chief Judge
United States District Court