IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DAVID NEIL SMITH, Mundford, Norfolk, England, United Kingdom,<br><br>      Plaintiff-Petitioner,<br><br>v.<br><br>VICKIE MICHELLE SMITH, Caldwell, Idaho, United States of America,<br><br>      Defendant-Respondent. | Case No. 1:17-CV-489-BLW<br><br>**ORDER** |

    Finding good cause therefore, and having reached agreement with all counsel,

    NOW THEREFORE IT IS HEREBY ORDERED, that the Memorandum Decision and Order (docket no. 35) is AMENDED as follows: Ms. Vickie Michelle Smith is ordered to bring DMS before the Court on **March 2, 2018, at 8:30 a.m. in Courtroom No. 3 in the Federal Courthouse in Boise Idaho.** At that time, custody of DMS for purposes of the return will be transferred to counsel for Mr. David Smith. This turnover of custody will be between the parties only, without the Court being present. Thereafter, the parties shall file a joint notice with the Court that the custody transfer is complete. As previously ordered, Ms. Vickie Michelle Smith is ordered to bring the British and United States passports for DMS and provide them to counsel for Mr. David Smith to facilitate DMS's return to England. Counsel for Mr. David Smith shall proceed to place DMS on the next reasonably available commercial air flight from Boise to London, England, making appropriate arrangements for DMS to travel as an unaccompanied minor.

**Memorandum Decision & Order – page 1**



DATED: February 27, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge